# Exhibit 3

*Kinney v. Life Time, Inc., et al*
Exhibit to Notice of Removal

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

DAVID B. KINNEY,  )
)
      Plaintiff,  )
)
v.  )    Case No: 2025L003531
)
LIFE TIME, INC.,  )
LIFE TIME FITNESS, INC.,  )
LTF REAL ESTATE CMBS II, LLC,  )
LTF CLUB OPERATIONS COMPANY, INC.  )
LIFE TIME DIGITAL, LLC,  )
)
      Defendants.  )

## NOTICE OF FILING

To:    Anthony Elman
**ELMAN JOSEPH LAW GROUP, LLC**
212 W. Washington, Suite 1208
Chicago, Illinois 60606
elmanlawgroup.court@gmail.com

Please take notice that on the 14th day of April, 2025 we have filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois a *Notice of Removal* on behalf of Defendants a copy of which is hereby served upon you.

Respectfully submitted,

/s/ *Michael L. Hahn*
One of the Attorneys for Defendants

Michael L. Hahn
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
Hahn@LitchfieldCavo.com
(312) 781-6569
Fax: (312) 781-6630

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 14, 2025 the foregoing Notice of Filing and Notice of Removal were served by email and United States Mail and email to the following counsel for Plaintiff:

> Anthony Elman
> **ELMAN JOSEPH LAW GROUP, LLC**
> 212 W. Washington, Suite 1208
> Chicago, Illinois 60606
> elmanlawgroup.court@gmail.com

/s/ *Michael L. Hahn*
One of the Attorneys for Defendants