# Exhibit 1

*Kinney v. Life Time, Inc., et al*
Exhibit to Notice of Removal

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 5/6/2025 10:00 AM

FILED
3/12/2025 8:43 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L003531
Calendar, D
31782212

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISON**

DAVID B. KINNEY,
      **Plaintiff,**

No.
**Amount Claimed: in excess**
**of $50,000.00 plus costs.**

LIFE TIME, INC.,
LIFE TIME FITNESS, INC.,
LTF REAL ESTATE CMBS II, LLC,
LTF CLUB OPERATIONS COMPANY, INC.,
LIFE TIME DIGITAL, LLC,
      **Defendant(s),**

<u>COMPLAINT</u>

<u>COUNT I: DAVID B. KINNEY VS. LIFE TIME, INC.</u>

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LIFE TIME, INC. and states as follows:

1.      That on May 3, 2023, the Plaintiff, DAVID B. KINNEY, was a patron at Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

2.      That on the above said date, the Defendant, LIFE TIME, INC. was the owner of Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

3.      That on the above said date, the Defendant, LTF REAL ESTATE CMBS II, LLC was the owner and maintained the control of real property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

FILED DATE: 3/12/2025 8:43 AM   2025L003531

4.      That on the above said date, the Defendant, LTF CLUB OPERATIONS COMPANY, INC. was the tenant of the property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

5.      That on the said date, the Plaintiff was lawfully on said premises as a patron.

6.      That at the time of the incident, the Plaintiff DAVID B. KINNEY was swimming in the indoor swimming pool of the Life Time Fitness Center, which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

7.      That at the time of the accident, the Plaintiff DAVID B. KINNEY was affected from hazardous toxic chemical which were used by an UNKNOWN EMPLOYEE OF THE DEFENDANT LIFE TIME, INC. to clean the side of indoor swimming pool of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

8.      That after the accident, the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis.

9.      That said Defendant LIFE TIME, INC. owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of its patrons, including the Plaintiff herein.

10.     That notwithstanding said duty, the Defendant LIFE TIME, INC. was guilty of one or more of following negligent acts or omissions:

    a. Failed to inspect the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
    b. Failed to use proper hazardous toxic chemical to clean the side of indoor pool of the Life Time Fitness Center;
    c. Failed to warn Plaintiff about the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;

FILED DATE: 3/12/2025 8:43 AM   2025L003531

d. Failed to install proper filters to prevent injuries stemming from the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;

e. Failed to reduce excessive use of the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center

f. Failed to use safe chemical to clean the side of the indoor swimming pool of the Life Time Fitness Center;

g. Failed to take proper action to clean up the hazardous toxic chemical which was on the side of the indoor pool of the Life Time Fitness Center;

h. Failed to close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

11. That as a direct and proximate result of the aforementioned negligent acts or omissions of the Defendant, LIFE TIME, INC., the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis; sustained serious and permanent injuries, he has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LIFE TIME, INC. for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

## COUNT II: DAVID B. KINNEY VS. LIFE TIME, INC.

### (Wilfull and Wanton Count)

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LIFE TIME, INC. and states as follows:

1. The Plaintiff DAVID B. KINNEY re-alleges paragraphs 1 to 11 of Count I as if fully set forth therein.

2.      That on the said date and location, the Defendant LIFE TIME, INC. by and through its agents, had a duty to avoid reckless, willful and wanton conduct to disregard the safety of the Plaintiff.

3.      That notwithstanding said duty, the Defendant LIFE TIME, INC. was guilty of one or more of following willful and wanton acts or omissions:

a. Willfully and wantonly failed to inspect the hazardous toxic chemical used to clean the side of the indoor pool at the Life Time Fitness Center;
b. Willfully and wantonly used a hazardous toxic chemical to clean the side of the indoor pool at the Life Time Fitness Center;
c. Willfully and wantonly failed to install or maintain proper filtration or safety measures to prevent exposure to the dangerous hazardous toxic chemical used on the side of the indoor pool;
d. Willfully and wantonly failed to clean the side of the indoor swimming pool of Life Time Fitness Center from hazardous toxic chemical;
e. Willfully and wantonly used hazardous toxic chemicals excessively to clean the side of the indoor swimming pool, with full knowledge that such hazardous toxic chemicals could cause harm to Plaintiff in direct contact with them;
f. Willfully and wantonly failed to maintain the side of the indoor swimming pool, allowing hazardous conditions remained at significant risk of exposure to dangerous hazardous toxic chemicals;
g. Willfully and wantonly continued to expose pool users to toxic and hazardous toxic chemicals by failing to monitor, replace, or adjust cleaning procedures and materials;
h. Willfully and wantonly did not close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;
i. Willfully and wantonly failed to investigate or take proper action about dangerous harsh hazardous toxic chemical exposure, choosing to disregard safety in favor of convenience or cost-saving.
j. Willfully and wantonly neglected to conduct any form of risk assessment regarding the hazardous toxic chemical used for cleaning.

4.      That as a direct and proximate result of the aforementioned willful and wanton acts or omissions of the Defendant, LIFE TIME, INC., the Plaintiff was diagnosed with Chemical Pneumonitis; sustained serious and permanent injuries, he has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for

FILED DATE: 3/12/2025 8:43 AM   2025L003531

FILED DATE: 3/12/2025 8:43 AM    2025L003531

medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LIFE TIME, INC. for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

### COUNT III: DAVID B. KINNEY VS. LIFE TIME FITNESS, INC.

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LIFE TIME FITNESS, INC. and states as follows:

1.     That on May 3, 2023, the Plaintiff, DAVID B. KINNEY, was a patron at Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

2.     That on the above said date, the Defendant, LIFE TIME FITNESS, INC. was the owner of Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

3.     That on the above said date, the Defendant, LTF REAL ESTATE CMBS II, LLC was the owner and maintained the control of real property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

4.     That on the above said date, the Defendant, LTF CLUB OPERATIONS COMPANY, INC. was the tenant of the property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

FILED DATE: 3/12/2025 8:43 AM    2025L003531

5.    That on the said date, the Plaintiff was lawfully on said premises as a patron.

6.    That at the time of the incident, the Plaintiff DAVID B. KINNEY was swimming in the indoor swimming pool of the Life Time Fitness Center, which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

7.    That at the time of the accident, the Plaintiff DAVID B. KINNEY was affected from hazardous toxic chemical which were used by an UNKNOWN EMPLOYEE OF THE DEFENDANT LIFE TIME, INC. to clean the side of indoor swimming pool of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

8.    That after the accident, the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis.

9.    That said Defendant LIFE TIME FITNESS, INC. owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of its patrons, including the Plaintiff herein.

10.    That notwithstanding said duty, the Defendant LIFE TIME FITNESS, INC. was guilty of one or more of following negligent acts or omissions:

   a.  Failed to inspect the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
   b.  Failed to use proper hazardous toxic chemical to clean the side of indoor pool of the Life Time Fitness Center;
   c.  Failed to warn Plaintiff about the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
   d.  Failed to install proper filters to prevent injuries stemming from the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
   e.  Failed to reduce excessive use of the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center
   f.  Failed to use safe chemical to clean the side of the indoor swimming pool of the Life Time Fitness Center;
   g.  Failed to take proper action to clean up the hazardous toxic chemical which was on the side of the indoor pool of the Life Time Fitness Center;

FILED DATE: 3/12/2025 8:43 AM   2025L003531

h. Failed to close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

11. That as a direct and proximate result of the aforementioned negligent acts or omissions of the Defendant, LIFE TIME FITNESS, INC., the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis; sustained serious and permanent injuries, he has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LIFE TIME FITNESS, INC. for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

## COUNT IV: DAVID B. KINNEY VS. LIFE TIME FITNESS, INC.

### (Willful and Wanton Count)

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LIFE TIME FITNESS, INC. and states as follows:

1. The Plaintiff DAVID B. KINNEY re-alleges paragraphs 1 to 11 of Count I as if fully set forth therein.

2. That on the said date and location, the Defendant LIFE TIME FITNESS, INC. by and through its agents, had a duty to avoid reckless, willful and wanton conduct to disregard the safety of the Plaintiff.

3. That notwithstanding said duty, the Defendant LIFE TIME FITNESS, INC. was guilty of one or more of following willful and wanton acts or omissions:

FILED DATE: 3/12/2025 8:43 AM   2025L003531

a. Willfully and wantonly failed to inspect the hazardous toxic chemical used to clean the side of the indoor pool at the Life Time Fitness Center;

b. Willfully and wantonly used a hazardous toxic chemical to clean the side of the indoor pool at the Life Time Fitness Center;

c. Willfully and wantonly failed to install or maintain proper filtration or safety measures to prevent exposure to the dangerous hazardous toxic chemical used on the side of the indoor pool;

d. Willfully and wantonly failed to clean the side of the indoor swimming pool of Life Time Fitness Center from hazardous toxic chemical;

e. Willfully and wantonly used hazardous toxic chemicals excessively to clean the side of the indoor swimming pool, with full knowledge that such hazardous toxic chemicals could cause harm to Plaintiff in direct contact with them;

f. Willfully and wantonly failed to maintain the side of the indoor swimming pool, allowing hazardous conditions remained at significant risk of exposure to dangerous hazardous toxic chemicals;

g. Willfully and wantonly continued to expose pool users to toxic and hazardous toxic chemicals by failing to monitor, replace, or adjust cleaning procedures and materials;

h. Willfully and wantonly did not close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

i. Willfully and wantonly failed to investigate or take proper action about dangerous harsh hazardous toxic chemical exposure, choosing to disregard safety in favor of convenience or cost-saving.

j. Willfully and wantonly neglected to conduct any form of risk assessment regarding the hazardous toxic chemical used for cleaning.

4. That as a direct and proximate result of the aforementioned willful and wanton acts or omissions of the Defendant, LIFE TIME FITNESS, INC., the Plaintiff was diagnosed with Chemical Pneumonitis; sustained serious and permanent injuries, he has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LIFE TIME FITNESS, INC. for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

## COUNT V: DAVID B. KINNEY VS. LTF REAL ESTATE CMBS II, LLC

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LTF REAL ESTATE CMBS II, LLC and states as follows:

1. That on May 3, 2023, the Plaintiff, DAVID B. KINNEY, was a patron at Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

2. That on the above said date, the Defendant, LIFE TIME FITNESS, INC. was the owner of Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

3. That on the above said date, the Defendant, LTF REAL ESTATE CMBS II, LLC was the owner and maintained the control of real property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

4. That on the above said date, the Defendant, LTF CLUB OPERATIONS COMPANY, INC. was the tenant of the property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

5. That on the said date, the Plaintiff was lawfully on said premises as a patron.

6. That at the time of the incident, the Plaintiff DAVID B. KINNEY was swimming in the indoor swimming pool of the Life Time Fitness Center, which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

FILED DATE: 3/12/2025 8:43 AM   2025L003531

7.      That at the time of the accident, the Plaintiff DAVID B. KINNEY was affected from hazardous toxic chemical which were used by an UNKNOWN EMPLOYEE OF THE DEFENDANT LIFE TIME, INC. to clean the side of indoor swimming pool of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

8.      That after the accident, the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis.

9.      That said Defendant LTF REAL ESTATE CMBS II, LLC owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of its patrons, including the Plaintiff herein.

10.     That notwithstanding said duty, the Defendant LTF REAL ESTATE CMBS II, LLC was guilty of one or more of following negligent acts or omissions:

a.  Failed to inspect the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
b.  Failed to use proper hazardous toxic chemical to clean the side of indoor pool of the Life Time Fitness Center;
c.  Failed to warn Plaintiff about the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
d.  Failed to install proper filters to prevent injuries stemming from the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
e.  Failed to reduce excessive use of the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center
f.  Failed to use safe chemical to clean the side of the indoor swimming pool of the Life Time Fitness Center;
g.  Failed to take proper action to clean up the hazardous toxic chemical which was on the side of the indoor pool of the Life Time Fitness Center;
h.  Failed to close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

11.     That as a direct and proximate result of the aforementioned negligent acts or omissions of the Defendant, LTF REAL ESTATE CMBS II, LLC, the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis; sustained serious and permanent injuries, he has

FILED DATE: 3/12/2025 8:43 AM    2025L003531

suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LTF REAL ESTATE CMBS II, LLC for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

## COUNT VI: DAVID B. KINNEY VS. LTF REAL ESTATE CMBS II, LLC

### (Willful and Wanton Count)

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LTF REAL ESTATE CMBS II, LLC and states as follows:

1. The Plaintiff DAVID B. KINNEY re-alleges paragraphs 1 to 11 of Count I as if fully set forth therein.

2. That on the said date and location, the Defendant LTF REAL ESTATE CMBS II, LLC by and through its agents, had a duty to avoid reckless, willful and wanton conduct to disregard the safety of the Plaintiff.

3. That notwithstanding said duty, the Defendant LTF REAL ESTATE CMBS II, LLC was guilty of one or more of following willful and wanton acts or omissions:

   a. Willfully and wantonly failed to inspect the hazardous toxic chemical used to clean the side of the indoor pool at the Life Time Fitness Center;
   b. Willfully and wantonly used a hazardous toxic chemical to clean the side of the indoor pool at the Life Time Fitness Center;

FILED DATE: 3/12/2025 8:43 AM   2025L003531

c.  Willfully and wantonly failed to install or maintain proper filtration or safety measures to prevent exposure to the dangerous hazardous toxic chemical used on the side of the indoor pool;

d.  Willfully and wantonly failed to clean the side of the indoor swimming pool of Life Time Fitness Center from hazardous toxic chemical;

e.  Willfully and wantonly used hazardous toxic chemicals excessively to clean the side of the indoor swimming pool, with full knowledge that such hazardous toxic chemicals could cause harm to Plaintiff in direct contact with them;

f.  Willfully and wantonly failed to maintain the side of the indoor swimming pool, allowing hazardous conditions remained at significant risk of exposure to dangerous hazardous toxic chemicals;

g.  Willfully and wantonly continued to expose pool users to toxic and hazardous toxic chemicals by failing to monitor, replace, or adjust cleaning procedures and materials;

h.  Willfully and wantonly did not close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

i.  Willfully and wantonly failed to investigate or take proper action about dangerous harsh hazardous toxic chemical exposure, choosing to disregard safety in favor of convenience or cost-saving.

j.  Willfully and wantonly neglected to conduct any form of risk assessment regarding the hazardous toxic chemical used for cleaning.

4.      That as a direct and proximate result of the aforementioned willful and wanton acts or omissions of the Defendant, LTF REAL ESTATE CMBS II, LLC, the Plaintiff was diagnosed with Chemical Pneumonitis; sustained serious and permanent injuries, he has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LTF REAL ESTATE CMBS II, LLC for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

FILED DATE: 3/12/2025 8:43 AM   2025L003531

## COUNT VII: DAVID B. KINNEY VS. LTF CLUB OPERATIONS COMPANY, INC.

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LTF CLUB OPERATIONS COMPANY, INC. and states as follows:

1.      That on May 3, 2023, the Plaintiff, DAVID B. KINNEY, was a patron at Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

2.      That on the above said date, the Defendant, LIFE TIME FITNESS, INC. was the owner of Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

3.      That on the above said date, the Defendant, LTF REAL ESTATE CMBS II, LLC was the owner and maintained the control of real property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

4.      That on the above said date, the Defendant, LTF CLUB OPERATIONS COMPANY, INC. was the tenant of the property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

5.      That on the said date, the Plaintiff was lawfully on said premises as a patron.

6.      That at the time of the incident, the Plaintiff DAVID B. KINNEY was swimming in the indoor swimming pool of the Life Time Fitness Center, which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

FILED DATE: 3/12/2025 8:43 AM   2025L003531

7.      That at the time of the accident, the Plaintiff DAVID B. KINNEY was affected from hazardous toxic chemical which were used by an UNKNOWN EMPLOYEE OF THE DEFENDANT LIFE TIME, INC. to clean the side of indoor swimming pool of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

8.      That after the accident, the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis.

9.      That said Defendant LTF CLUB OPERATIONS COMPANY, INC. owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of its patrons, including the Plaintiff herein.

10.     That notwithstanding said duty, the Defendant LTF CLUB OPERATIONS COMPANY, INC.  was guilty of one or more of following negligent acts or omissions:

a.  Failed to inspect the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
b.  Failed to use proper hazardous toxic chemical to clean the side of indoor pool of the Life Time Fitness Center;
c.  Failed to warn Plaintiff about the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
d.  Failed to install proper filters to prevent injuries stemming from the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
e.  Failed to reduce excessive use of the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center
f.  Failed to use safe chemical to clean the side of the indoor swimming pool of the Life Time Fitness Center;
g.  Failed to take proper action to clean up the hazardous toxic chemical which was on the side of the indoor pool of the Life Time Fitness Center;
h.  Failed to close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

11.     That as a direct and proximate result of the aforementioned negligent acts or omissions of the Defendant,  LTF CLUB OPERATIONS COMPANY, INC., the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis; sustained serious and permanent injuries,

he has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LTF CLUB OPERATIONS COMPANY, INC. for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

## COUNT VIII: DAVID B. KINNEY VS. LTF CLUB OPERATIONS COMPANY, INC.
### (Willful and Wanton Count)

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LTF CLUB OPERATIONS COMPANY, INC. and states as follows:

1. The Plaintiff DAVID B. KINNEY re-alleges paragraphs 1 to 11 of Count I as if fully set forth therein.

2. That on the said date and location, the Defendant LTF CLUB OPERATIONS COMPANY, INC. by and through its agents, had a duty to avoid reckless, willful and wanton conduct to disregard the safety of the Plaintiff.

3. That notwithstanding said duty, the Defendant LTF CLUB OPERATIONS COMPANY, INC., was guilty of one or more of following willful and wanton acts or omissions:

   a. Willfully and wantonly failed to inspect the hazardous toxic chemical used to clean the side of the indoor pool at the Life Time Fitness Center;
   b. Willfully and wantonly used a hazardous toxic chemical to clean the side of the indoor pool at the Life Time Fitness Center;

FILED DATE: 3/12/2025 8:43 AM   2025L003531

c. Willfully and wantonly failed to install or maintain proper filtration or safety measures to prevent exposure to the dangerous hazardous toxic chemical used on the side of the indoor pool;

d. Willfully and wantonly failed to clean the side of the indoor swimming pool of Life Time Fitness Center from hazardous toxic chemical;

e. Willfully and wantonly used hazardous toxic chemicals excessively to clean the side of the indoor swimming pool, with full knowledge that such hazardous toxic chemicals could cause harm to Plaintiff in direct contact with them;

f. Willfully and wantonly failed to maintain the side of the indoor swimming pool, allowing hazardous conditions remained at significant risk of exposure to dangerous hazardous toxic chemicals;

g. Willfully and wantonly continued to expose pool users to toxic and hazardous toxic chemicals by failing to monitor, replace, or adjust cleaning procedures and materials;

h. Willfully and wantonly did not close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

i. Willfully and wantonly failed to investigate or take proper action about dangerous harsh hazardous toxic chemical exposure, choosing to disregard safety in favor of convenience or cost-saving.

j. Willfully and wantonly neglected to conduct any form of risk assessment regarding the hazardous toxic chemical used for cleaning.

4. That as a direct and proximate result of the aforementioned willful and wanton acts or omissions of the Defendant, LTF CLUB OPERATIONS COMPANY, INC., the Plaintiff was diagnosed with Chemical Pneumonitis; sustained serious and permanent injuries, he has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LTF CLUB OPERATIONS COMPANY, INC. for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

FILED DATE: 3/12/2025 8:43 AM   2025L003531

## COUNT IX: DAVID B. KINNEY VS. LIFE TIME DIGITAL, LLC

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LIFE TIME DIGITAL, LLC and states as follows:

1. That on May 3, 2023, the Plaintiff, DAVID B. KINNEY, was a patron at Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

2. That on the above said date, the Defendant, LIFE TIME DIGITAL, LLC was the owner of Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

3. That on the above said date, the Defendant, LTF REAL ESTATE CMBS II, LLC was the owner and maintained the control of real property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

4. That on the above said date, the Defendant, LTF CLUB OPERATIONS COMPANY, INC. was the tenant of the property consisting of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

5. That on the said date, the Plaintiff was lawfully on said premises as a patron.

6. That at the time of the incident, the Plaintiff DAVID B. KINNEY was swimming in the indoor swimming pool of the Life Time Fitness Center, which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

FILED DATE: 3/12/2025 8:43 AM    2025L003531

7.      That at the time of the accident, the Plaintiff DAVID B. KINNEY was affected from hazardous toxic chemical which were used by an UNKNOWN EMPLOYEE OF THE DEFENDANT LIFE TIME, INC. to clean the side of indoor swimming pool of the Life Time Fitness Center which is located at 16333 LaGrange Road, in the City of Orland Park, County of Cook, and State of Illinois.

8.      That after the accident, the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis.

9.      That said Defendant LIFE TIME DIGITAL, LLC owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of its patrons, including the Plaintiff herein.

10.     That notwithstanding said duty, the Defendant LIFE TIME DIGITAL, LLC was guilty of one or more of following negligent acts or omissions:

a.  Failed to inspect the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
b.  Failed to use proper hazardous toxic chemical to clean the side of indoor pool of the Life Time Fitness Center;
c.  Failed to warn Plaintiff about the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
d.  Failed to install proper filters to prevent injuries stemming from the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center;
e.  Failed to reduce excessive use of the hazardous toxic chemical which was used to clean the side of indoor pool of the Life Time Fitness Center
f.  Failed to use safe chemical to clean the side of the indoor swimming pool of the Life Time Fitness Center;
g.  Failed to take proper action to clean up the hazardous toxic chemical which was on the side of the indoor pool of the Life Time Fitness Center;
h.  Failed to close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

11.     That as a direct and proximate result of the aforementioned negligent acts or omissions of the Defendant, LIFE TIME DIGITAL, LLC, the Plaintiff was diagnosed with Hazardous toxic chemical Pneumonitis; sustained serious and permanent injuries, he has suffered

and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LIFE TIME DIGITAL, LLC for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

## COUNT X: DAVID B. KINNEY VS. LIFE TIME DIGITAL, LLC

### (Willful and Wanton Count)

NOW COMES the plaintiff, DAVID B. KINNEY, by his attorneys, ELMAN JOSEPH LAW GROUP, LLC, and in complaining of the defendant, LIFE TIME DIGITAL, LLC and states as follows:

1. The Plaintiff DAVID B. KINNEY re-alleges paragraphs 1 to 11 of Count I as if fully set forth therein.

2. That on the said date and location, the Defendant LIFE TIME DIGITAL, LLC by and through its agents, had a duty to avoid reckless, willful and wanton conduct to disregard the safety of the Plaintiff.

3. That notwithstanding said duty, the Defendant LIFE TIME DIGITAL, LLC, was guilty of one or more of following willful and wanton acts or omissions:

   a. Willfully and wantonly failed to inspect the hazardous toxic chemical used to clean the side of the indoor pool at the Life Time Fitness Center;
   b. Willfully and wantonly used a hazardous toxic chemical to clean the side of the indoor pool at the Life Time Fitness Center;
   c. Willfully and wantonly failed to install or maintain proper filtration or safety measures to prevent exposure to the dangerous hazardous toxic chemical used on the side of the indoor pool;

FILED DATE: 3/12/2025 8:43 AM 2025L003531

d. Willfully and wantonly failed to clean the side of the indoor swimming pool of Life Time Fitness Center from hazardous toxic chemical;

e. Willfully and wantonly used hazardous toxic chemicals excessively to clean the side of the indoor swimming pool, with full knowledge that such hazardous toxic chemicals could cause harm to Plaintiff in direct contact with them;

f. Willfully and wantonly failed to maintain the side of the indoor swimming pool, allowing hazardous conditions remained at significant risk of exposure to dangerous hazardous toxic chemicals;

g. Willfully and wantonly continued to expose pool users to toxic and hazardous toxic chemicals by failing to monitor, replace, or adjust cleaning procedures and materials;

h. Willfully and wantonly did not close down the indoor swimming pool to protect the Plaintiff from the hazardous toxic chemical which was on the side of the indoor swimming pool;

i. Willfully and wantonly failed to investigate or take proper action about dangerous harsh hazardous toxic chemical exposure, choosing to disregard safety in favor of convenience or cost-saving.

j. Willfully and wantonly neglected to conduct any form of risk assessment regarding the hazardous toxic chemical used for cleaning.

4. That as a direct and proximate result of the aforementioned willful and wanton acts or omissions of the Defendant, LIFE TIME DIGITAL, LLC, the Plaintiff was diagnosed with Chemical Pneumonitis; sustained serious and permanent injuries, he has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which she otherwise would have made and acquired and has been kept from attending to him ordinary affairs and duties.

WHEREFORE, the Plaintiff, DAVID B. KINNEY prays for judgment against the defendant, LIFE TIME DIGITAL, LLC for a sum in excess of fifty thousand dollars ($50,000.00) plus costs for Plaintiff.

ELMAN JOSEPH LAW GROUP, LLC

By:     *ANTHONY ELMAN*
        **ANTHONY ELMAN**
        **Attorney for Plaintiff**

**ELMAN JOSEPH LAW GROUP, LLC #32429**
**212 W. WASHINGTON, SUITE 1208**
**CHICAGO, IL 60606**
**Phone: (312) 739-2159**
**Email: elmanlawgroup.court@gmail.com**

## AFFIDAVIT AND VERIFICATION PURSUANT TO S. CT. RULE 222 (B)

I, **ANTHONY R. ELMAN**, an attorney for Plaintiff, state on oath that I am familiar with the facts relating to the above-captioned matter. That the allegations contained in the Complaint are true and the nature and extent of Plaintiff's injuries are such that the claim has a value in excess of $50,000.00, pursuant to S. Ct. Rule 222 (B).

*ANTHONY R. ELMAN*

**ANTHONY R. ELMAN**