IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID B. KINNEY, | ) | |
|     Plaintiff(s), | ) | |
| vs. | ) | No. 1:25 CV 04014 |
| | ) | |
| LIFE TIME, INC., | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| LTF REAL ESTATE CMBS II, LLC, | ) | |
| LTF CLUB OPERATIONS CO. INC., | ) | |
| LIFE TIME DIGITAL, LLC, | ) | |
|     Defendant(s). | ) | |

## CERTIFICATE OF SERVICE

**To:** Litchfield Cavo LLP – Hahn@LitchfieldCavo.com

PLEASE TAKE NOTICE that Plaintiff, by and through attorneys, served a copy of the following:

- **Plaintiff's Rule 26(a)(1) Disclosures.**

**Anthony R. Elman**
**Elman Joseph Law Group, LLC**
**212 West Washington Street, Suite 1208**
**Chicago, Illinois 60606**
**Phone: (312) 739-2159**
tony@elmanlaw.com
**Rule 11 Service:** elmanlawgroup.court@gmail.com

## AFFIDAVIT OF SERVICE BY E-MAIL

Under penalty of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that he served this notice by emailing a copy to each person to whom it is directed on 6/10/2025.

*ANTHONY R. ELMAN*
Anthony R. Elman