# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David B Kinney

                     Plaintiff,

v.                                                         Case No.: 1:25−cv−04014
                                                          Honorable John Robert Blakey

Life Time, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' representations in the joint status report, [14], the Court adopts the parties' proposed discovery plan. Parties shall file a joint status report by 12/22/25 confirming that fact discovery is complete. If at any time the parties agree that a settlement conference could be productive, they should call chambers to so advise. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.