**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID B. KINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   2025-cv-004014 |
| | ) | |
| LIFE TIME, INC., LIFE TIME TINESS, | ) | |
| INC., LTF REAL ESTATE CMBS II, | ) | |
| LLC, LTF CLUB OPERATIONS | ) | |
| COMPANY, LLC, and LIFE TIME | ) | |
| DIGITAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**To:** Litchfield Cavo LLP – Hahn@LitchfieldCavo.com; slack@litchfieldcavo.com; stillman@litchfieldcavo.com; davis@litchfieldcavo.com; zstillman@recap.email

<u>**NOTICE OF FILING**</u>

YOU ARE HEREBY NOTIFIED that on July 21, 2025, Plaintiff filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, the following documents attached hereto and served upon you:

**PLAINTIFF'S ANSWERS TO DEFENDANT LIFE TIME FITNESS, INC'S
REQUEST FOR ADMISSIONS TO PLAINTIFF**

*MICHAEL JENSEN*
Michael Jensen

<u>**AFFIDAVIT OF SERVICE**</u>

Under penalty of perjury, as provided by law pursuant to Rule 4 of the FRCP, the undersigned certifies that he served this notice by emailing a copy to each person to whom it is directed or an agent at their office on or before 7/21/25 in Chicago, IL.

*MICHAEL JENSEN*
Michael Jensen

<u>**Counsels for Plaintiff:**</u>
**Atty No. 6208890
ELMAN JOSEPH LAW GROUP, LLC
212 W. WASHINGTON ST., STE. 1208
CHICAGO, IL 60606
(312) 739-2159
elmanlawgroup.court@gmail.com** ONLY for Rule 11 Service