**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

David B. Kinney,

    Plaintiff,

v.                                        Case No. 2025-cv-004014

LIFE TIME, INC.,
LIFE TIME FITNESS, INC.,
LTF REAL ESTATE CMBS II, LLC,
LTF CLUB OPERATIONS COMPANY, INC.,
LIFE TIME DIGITAL, LLC,

    Defendant(s),

## NOTICE OF MOTION

To:    Anthony Elman
ELMAN JOSEPH LAW GROUP, LLC
212 W. Washington, Suite 1208
Chicago, Illinois 60606
elmanlawgroup.court@gmail.com

    PLEASE TAKE NOTICE that on Wednesday, December 24, 2025, at 11:00 a.m., we shall appear before the Honorable Judge John Robert Blakey, in Courtroom 1203, and shall then and there present **Defendants' Agreed Motion for Extension of Written discovery,** a copy of which is attached and hereby served upon you.

                                                                          Respectfully submitted,
                                                                          By: /s/ *Zachary G. Stillman*
                                                                          Zachary G. Stillman
                                                                          LITCHFIELD CAVO LLP

Michael L. Hahn
Zachary G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison, Suite 300
Chicago, Illinois 60606
(312)781-6569/6672
(312)781-6630 facsimile
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 16, 2025, the foregoing Notice of Agreed Motion was electronically filed with the CM/ECF system.

                                      /s/ *Zachary G. Stillman*
                                      One of the Attorneys for Defendants