UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

David B Kinney
                        Plaintiff,

v.                                                    Case No.: 1:25−cv−04014
                                                        Honorable John Robert Blakey

Life Time, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' agreed motion to extend time [18], strikes the 12/24/25 Notice of Motion date, and hereby extends fact discovery to 1/30/26. The parties shall file a status report by 2/13/26 confirming that fact discovery is complete and indicating definitively whether they require expert discovery or a summary judgment briefing schedule. Additionally, Plaintiff shall make a formal, written demand by 2/5/26; Defendant shall respond, in writing, by 2/10/26; and the parties shall confirm compliance in their 2/13/26 status report. If at any time the parties agree that a settlement conference could be productive, they should call chambers to so advise. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.