IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David B. Kinney, | |
| Plaintiff, | Case No. 25-cv-004014 |
| v. | Hon. John Robert Blakey |
| LIFE TIME, INC., <br> LIFE TIME FITNESS, INC., <br> LTF REAL ESTATE CMBS II, LLC, <br> LTF CLUB OPERATIONS COMPANY, INC., <br> LIFE TIME DIGITAL, LLC, | Magistrate Judge M. David Weisman |
| Defendant(s), | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 17, 2025, Minute Order (ECF No. 15), the parties submit this Joint Status Report regarding the status of fact discovery:

Fact discovery is not yet complete. Following the Court's prior adoption of the parties' proposed discovery plan, the parties jointly moved for an extension of fact discovery, which the Court granted on December 19, 2025 (ECF No. 20). Under the Court's Order, fact discovery has been extended to January 30, 2026.

The parties are currently completing remaining written discovery and anticipate proceeding with depositions during the extended discovery period. The parties are working cooperatively to complete fact discovery within the deadlines set by the Court.

The parties will file a further joint status report as ordered confirming completion of fact discovery or otherwise advising the Court as appropriate.

Respectfully submitted by:

1

*/s/ Anthony Elman*
Anthony Elman
ELMAN JOSEPH LAW GROUP, LLC
212 W. Washington, Suite 1208
Chicago, Illinois 60606
elmanlawgroup.court@gmail.com
firm@elmanlaw.com
tony@elmanlaw.com
*Counsel for Plaintiff David B. Kinney*
Admitted to the US District Court Northern District of Illinois

*/s/ Zachary G. Stillman*
Michael L. Hahn
Zachary G. Stillman
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6569
Fax: (312) 781-6630
E: hahn@litchfieldcavo.com
E: Stillman@LitchfieldCavo.com
*Counsels for Defendants*
Admitted to the US District Court Northern District of Illinois