IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID B. KINNEY, ) | | |
|                Plaintiff(s), ) | | |
| vs. ) | No. 1:25 CV 04014 | |
| ) | | |
| LIFE TIME, INC., ) | | |
| LIFE TIME FITNESS, INC., ) | | |
| LTF REAL ESTATE CMBS II, LLC, ) | | |
| LTF CLUB OPERATIONS CO. INC., ) | | |
| LIFE TIME DIGITAL, LLC, ) | | |
|                Defendant(s). ) | | |

### CERTIFICATE OF SERVICE

**To:** Stillman@litchfieldcavo.com; Hahn@litchfieldcavo.com; slack@litchfieldcavo.com ; davis@litchfieldcavo.com

PLEASE TAKE NOTICE that Plaintiff, by and through attorneys, served a copy of the following:

- **Plaintiff's 1st Supplemental Rule 26(a)(1) Disclosures, Answers to Interrogatories, Answers to Request for Production.**

#6208890
Anthony R. Elman
**Elman Joseph Law Group, LLC**
**212 West Washington Street, Suite 1208**
**Chicago, Illinois 60606**
**Phone: (312) 739-2159**
tony@elmanlaw.com
**Rule 11 Service:** elmanlawgroup.court@gmail.com

### AFFIDAVIT OF SERVICE BY E-MAIL

Under penalty of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that he served this notice by emailing a copy to each person to whom it is directed on 1/26/2026.

*ANTHONY R. ELMAN*
Anthony R. Elman