**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

David B. Kinney,

      Plaintiff,

v.

LIFE TIME, INC.,
LIFE TIME FITNESS, INC.,
LTF REAL ESTATE CMBS II, LLC,
LTF CLUB OPERATIONS COMPANY, INC.,
LIFE TIME DIGITAL, LLC,

      Defendant(s),

Case No. 25-cv-004014

Hon. John Robert Blakey

Magistrate Judge M. David Weisman

**AGREED MOTION FOR ENTRY OF QUALIFIED PROTECTIVE ORDER
PURSUANT TO HIPAA**

      Defendants LIFE TIME, INC. (f/k/a Life Time Fitness, Inc.), LTF REAL ESTATE CMBS II, LLC, LTF CLUB OPERATIONS COMPANY, INC., and LIFE TIME DIGITAL, LLC, by and through their attorneys, Michael J. Hahn and Zachary G. Stillman, of LITCHFIELD CAVO LLP, pursuant to 42 U.S.C. § 1320d and 45 CFR Parts 160 and 164 (HIPAA), respectfully request that this Court enter a qualified protective order, and in support thereof, state as follows:

      1.      Plaintiff brings this lawsuit alleging that he sustained injuries as the result of the Defendant's negligence.

      2.      The treating physicians, hospitals and other health care providers disclosed by Plaintiff in this case, are all "covered entities" as defined by 45 CFR Section 164.512(e).

      3.      These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 160.501, in the form of medical records (reports, imaging test results, insurance documents, notes, lab results, correspondence, pathology results, etc.) pertaining to DAVID B. KINNEY.

4.    Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to DAVID B. KINNEY which are in the treating providers' possession.

5.    All parties are in agreement with the foregoing motion and proposed order attached as Exhibit A.

WHEREFORE Defendants LIFE TIME, INC. (f/k/a Life Time Fitness, Inc.), LTF REAL ESTATE CMBS II, LLC, LTF CLUB OPERATIONS COMPANY, INC., and LIFE TIME DIGITAL, LLC, by and through their attorneys, Michael J. Hahn and Zachary G. Stillman, of LITCHFIELD CAVO LLP, respectfully request that this Court enter the proposed order permitting the use and disclosures of PHI created or received by any covered entity who has provided health care to DAVID B. KINNEY for any purpose connected to the pending litigation.

Respectfully submitted,

By:    /s/ Zachary G. Stillman
Attorney for Defendants

Michael L. Hahn
Zachery G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax: (312) 781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Zachary G. Stillman, an attorney, being first duly sworn upon oath, deposes, and states that I caused to be served the foregoing Motion for Qualified Protective Order Pursuant to HIPAA, by electronically filing the same with Northern District of Illinois a copy of which was then forwarded to each attorney of record on the 3rd day of February, 2026.


/s/  Michael J. Hahn



Michael L. Hahn
Zachery G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax: (312) 781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com
*Counsel for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)*