# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David B Kinney

                     Plaintiff,

v.                                             Case No.: 1:25−cv−04014
                                               Honorable John Robert Blakey

Life Time, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' agreed motion for entry of a qualified HIPAA protective order [24], but reminds counsel that all motions must be noticed for presentment. Enter Agreed Order. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.