IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| David B. Kinney, | |
|     Plaintiff, | Case No. 25-cv-004014 |
| v. | Hon. John Robert Blakey |
| LIFE TIME, INC., <br> LIFE TIME FITNESS, INC., <br> LTF REAL ESTATE CMBS II, LLC, <br> LTF CLUB OPERATIONS COMPANY, INC., <br> LIFE TIME DIGITAL, LLC, | Magistrate Judge M. David Weisman |
|     Defendant(s), | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2025, Minute Order (ECF No. 20), the parties submit this Joint Status Report regarding the status of fact discovery and compliance as to settlement efforts:

**JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2025, Minute Order (ECF No. 20), the parties submit this Joint Status Report regarding the status of fact discovery and compliance as to settlement efforts:

Fact discovery is not yet complete. At this time the Parties are working to set the depositions of Plaintiff and four requested defense witnesses. Counsel for Defendants proposed 5 dates on February 10, 2026, to which they have not yet received any response. Defendants are also still working at this time to figure out the availability of the requested defense witnesses. No dates have yet been proposed for their depositions.

Pursuant to the Court's Order, Plaintiff served a written settlement demand on February 4, 2026. Defendants are in the process of obtaining authority from their client and will respond in writing. The parties will supplement the Court if necessary regarding compliance.

At this time, the parties do not believe expert discovery scheduling or summary judgment briefing should be set until fact discovery is completed. The parties will advise the Court promptly upon completion of fact discovery.

        Respectfully submitted by:

        */s/ Anthony Elman*
        Anthony Elman
        ELMAN JOSEPH LAW GROUP, LLC
        212 W. Washington, Suite 1208
        Chicago, Illinois 60606
        elmanlawgroup.court@gmail.com
        firm@elmanlaw.com
        tony@elmanlaw.com
        *Counsel for Plaintiff David B. Kinney*
        Admitted to the US District Court Northern District of Illinois

        */s/ Zachary G. Stillman*
        Michael L. Hahn
        Zachary G. Stillman
        Litchfield Cavo LLP
        303 West Madison Street, Suite 300
        Chicago, IL 60606
        (312) 781-6569
        Fax: (312) 781-6630
        E: hahn@litchfieldcavo.com
        E: Stillman@LitchfieldCavo.com
        *Counsels for Defendants*
        Admitted to the US District Court Northern District of Illinois