## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David B Kinney
                                Plaintiff,

v.                                                               Case No.: 1:25−cv−04014
                                                                     Honorable John Robert Blakey

Life Time, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 18, 2026:

        MINUTE entry before the Honorable John Robert Blakey: The parties submitted a status report on 2/13/26, which indicates (without explanation) that they have failed to comply with this Court's prior scheduling order [20]. The Court hereby extends fact discovery to 3/31/26 to allow the parties to complete all remaining discovery. Additionally, Defendant shall respond to Plaintiff's demand by 2/24/26. The Court's orders constitute firm directives, not suggestions, and full compliance is expected. The parties shall file an updated status report by 4/6/26 confirming that discovery is complete, confirming that the parties have exhausted all possibility of settlement, and proposing agreed trial dates in the last quarter of 2026; the parties shall also provide their best estimate concerning the length of trial. If at any time the parties agree that a settlement conference makes sense, they should call the Courtroom Deputy to request one. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.