**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

David B. Kinney,

     Plaintiff,

v.                                     Case No. 2025-cv-004014

LIFE TIME, INC.,
LIFE TIME FITNESS, INC.,
LTF REAL ESTATE CMBS II, LLC,
LTF CLUB OPERATIONS COMPANY, INC.,
LIFE TIME DIGITAL, LLC,

     Defendant(s),

**DEFENDANTS' AGREED MOTION**
**FOR EXTENSION OF FACT DISCOVERY EXTENSION**

NOW COME Defendants, Life Time, Inc., f/k/a Life Time Fitness, Inc. ("Life Time"), LTF Real Estate CMBS II, LLC ("LTF Real Estate"), LTF Club Operations Company, Inc. ("LTF Club Operations"), and Life Time Digital, LLC ("Life Time Digital"), by and through their attorneys, LITCHFIELD CAVO LLP, and for their Motion for a Forty-Five (45) Day Extension of Fact Discovery, up to and including May 15, 2026, state as follows:

1.  Pursuant to the Court's Minute Order dated February 18, 2026 (ECF No. 28), fact discovery in this matter is currently set to close on March 31, 2026.

2.  Following that Order, Defendants issued a settlement offer on February 19, 2026, and the parties have engaged in ongoing efforts to resolve this matter without incurring the expense of depositions.

3.  Those efforts have not yet resulted in a resolution.

4.  Defendants must therefore proceed with the deposition of Plaintiff to complete the factual record.

5.  Plaintiff is likewise expected to depose one or more defense witnesses.

6. The parties have been unable to complete these depositions within the current discovery period despite diligent efforts.

7. Accordingly, Defendants request a final extension of fact discovery of forty-five (45) days.

8. This extension will allow the parties to complete the remaining depositions in an orderly and efficient manner.

9. The requested forty-five (45) day extension is modest, is sought in good faith, and will not unduly delay this case.

10. Plaintiff has been consulted and has agreed to this request.

WHEREFORE, Defendants respectfully request that this Court extend the deadline for closure of fact discovery by forty-five (45) days, up to and including, May 15, 2026.

Respectfully submitted,

By: /s/ *Zachary G. Stillman*
Zachary G. Stillman
LITCHFIELD CAVO LLP

Michael L. Hahn
Zachary G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison, Suite 300
Chicago, Illinois 60606
(312)781-6569/6672
(312)781-6630 facsimile
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 31, 2026, I electronically filed the foregoing document, Motion for Extension of Fact Discovery with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system.

*/s/Zachary G. Stillman*

2

Zachary G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison, Suite 300
Chicago, Illinois 60606
(312)781-6569/6672
(312)781-6630 facsimile
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com