**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

David B. Kinney,

      Plaintiff,

v.                                   Case No. 2025-cv-004014

LIFE TIME, INC.,
LIFE TIME FITNESS, INC.,
LTF REAL ESTATE CMBS II, LLC,
LTF CLUB OPERATIONS COMPANY, INC.,
LIFE TIME DIGITAL, LLC,

      Defendant(s),

## NOTICE OF MOTION

To:    Anthony Elman
       ELMAN JOSEPH LAW GROUP, LLC
       212 W. Washington, Suite 1208
       Chicago, Illinois 60606
       elmanlawgroup.court@gmail.com

PLEASE TAKE NOTICE that on Wednesday, April 8, 2026, at 11:00 a.m., we shall appear before the Honorable Judge John Robert Blakey, in Courtroom 1203, and shall then and there present **Defendants' Agreed Motion for Extension of Fact Discovery,** a copy of which is attached and hereby served upon you.

                            Respectfully submitted,
                            By: /s/ *Zachary G. Stillman*
                            Zachary G. Stillman
                            LITCHFIELD CAVO LLP

Michael L. Hahn
Zachary G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison, Suite 300
Chicago, Illinois 60606
(312)781-6569/6672
(312)781-6630 facsimile
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2026, the foregoing Notice of Opposed Motion was electronically filed with the CM/ECF system.

/s/ *Zachary G. Stillman*
One of the Attorneys for Defendants