## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David B Kinney

                Plaintiff,

v.

Life Time, Inc., et al.

                Defendant.

Case No.: 1:25–cv–04014

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 6, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' agreed motion to extend discovery [29] and strikes the 4/8/26 Notice of Motion date. The parties shall complete all discovery by 5/15/26 and file an updated status report by 5/22/26 confirming that discovery is complete, confirming that the parties have exhausted all possibility of settlement, and proposing agreed trial dates in the last quarter of 2026 (along with their best estimate concerning the length of trial). Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.