**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

David B. Kinney,

    Plaintiff,

v.

LIFE TIME, INC.,
LIFE TIME FITNESS, INC.,
LTF REAL ESTATE CMBS II, LLC,
LTF CLUB OPERATIONS COMPANY, INC.,
LIFE TIME DIGITAL, LLC,

    Defendant(s),

Case No. 25-cv-004014

Hon. John Robert Blakey

Magistrate Judge M. David Weisman

**JOINT STATUS REPORT**

Pursuant to the Court's February 18, 2026, Minute Order (ECF No. 28), the parties submit this Joint Status Report regarding the status of fact discovery and compliance as to settlement efforts:

**1. Fact Discovery Status**

Fact discovery is not yet complete. The parties have exchanged written and produced documents, and have coordinated the deposition of Plaintiff at this time. Plaintiff's deposition is currently scheduled for April 29, 2026.

On March 31, 2026, Defendants filed an Agreed Motion for Extension of Fact Discovery seeking a 45-day extension, up to and including May 15, 2026, to allow the parties to complete all fact discovery, including remaining depositions. The motion is presently set for hearing on April 8, 2026, unless ruled upon earlier.

**2. Settlement Efforts**

1

The parties have engaged in settlement discussions but have not reached a resolution. Defendants responded to Plaintiff's demand and made a settlement offer on February 19, 2026, to which Plaintiff has not substantively responded. The parties continue to evaluate the case and remain open to further discussions.

At this time, the parties have not exhausted all possibility of settlement, but no settlement conference has been scheduled. The parties will promptly notify the Court if they determine that a settlement conference would be productive.

Respectfully submitted by:

*/s/ Anthony Elman*
Anthony Elman
ELMAN JOSEPH LAW GROUP, LLC
212 W. Washington, Suite 1208
Chicago, Illinois 60606
elmanlawgroup.court@gmail.com
firm@elmanlaw.com
tony@elmanlaw.com
*Counsel for Plaintiff David B. Kinney*
Admitted to the US District Court Northern District of Illinois

*/s/ Michael L. Hahn*
Michael L. Hahn
Zachary G. Stillman
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6569
Fax: (312) 781-6630
E: hahn@litchfieldcavo.com
E: Stillman@LitchfieldCavo.com
*Counsels for Defendants*
Admitted to the US District Court Northern District of Illinois

2