**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

David B. Kinney,

      Plaintiff,

v.

LIFE TIME, INC.,
LIFE TIME FITNESS, INC.,
LTF REAL ESTATE CMBS II, LLC,
LTF CLUB OPERATIONS COMPANY, INC., LIFE
TIME DIGITAL, LLC,

      Defendant(s),

Case No. 25-cv-004014

Hon. John Robert Blakey

Magistrate Judge M. David Weisman

**JOINT STATUS REPORT**

Pursuant to the Court's, Minute Order of June 1, 2026 (ECF No. 33), the parties submit this Joint Status Report regarding the status of fact discovery and compliance as to settlement efforts:

**1. Fact Discovery Status**

Fact discovery is almost complete . Plaintiff's deposition proceeded on April 29, 2026. The deposition of defendant/Facility Engineer, Robert Brazitis, was continued by Defendant's counsel and is now going to be proceeding on June 19, 2026 at 3:30pm.   The defense is requesting any recent medical records from Plaintiff's recent visits for his "Lungs" treatment.

**2. Settlement Efforts**

The parties have engaged in settlement discussions but have not reached a resolution. Defendants responded to Plaintiff's demand and made a settlement offer on February 19, 2026, to which Plaintiff has not substantively responded because the plaintiff was still treating and/or getting opinions about his "Lungs."  The parties continue to evaluate the case and remain open to further discussions.

At this time, the parties have not exhausted all possibility of settlement, but no settlement conference has been scheduled. The parties will promptly notify the Court if they determine that a settlement conference would be productive.

Respectfully submitted by:

/s/ Anthony Elman
Anthony Elman
ELMAN JOSEPH LAW GROUP, LLC
212 W. Washington, Suite 1208 Chicago,
Illinois 60606
elmanlawgroup.court@gmail.com
firm@elmanlaw.com
tony@elmanlaw.com
Counsel for Plaintiff David B. Kinney
Admitted to the US District Court Northern District of Illinois

/s/ Michael L. Hahn Michael
L. Hahn
Zachary G. Stillman
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6569
Fax: (312) 781-6630
E: hahn@litchfieldcavo.com
E: Stillman@LitchfieldCavo.com
Counsels for Defendants
Admitted to the US District Court Northern District of Illinois

2