**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David B Kinney

                Plaintiff,

v.

                                               Case No.: 1:25–cv–04014

                                               Honorable John Robert Blakey

Life Time, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 8, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The parties shall file an updated status report by 7/15/26, confirming that discovery is complete, confirming that they have exhausted all possibility of settlement, and proposing agreed trial dates in the first quarter of 2027 (along with their best estimate concerning the length of trial). (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.