**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

David B Kinney

     Plaintiff,

v.              Case No.: 1:25−cv−04014
               Honorable John Robert Blakey

Life Time, Inc., et al.

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

  MINUTE entry before the Honorable John Robert Blakey: The Court hereby extends discovery to 10/15/26 for the purpose of completing the production of recent medical records relating to Plaintiff's "lungs" issue, as well as the deposition of Plaintiff's pulmonologist, Dr. Antonios. The Court also sets this matter for a settlement conference on 10/30/26 at 10:00 a.m. in Courtroom 1203. The parties shall exchange position letters as follows: Plaintiff shall make a formal, written demand by 10/20/26, Defendant shall respond (in writing) by 10/26/26, and Plaintiff shall submit copies of all letters exchanged by the parties to Proposed_Order_Blakey@ilnd.uscourts.gov by 5:00 p.m. on 10/27/26. Copies of the settlement conference letters shall not be filed with the Clerk's Office. The Parties shall come to the settlement conference on 10/30/26 with a precise accounting of costs properly taxable under 28 U.S.C. §1920, both incurred in the litigation to date and an estimate of taxable costs that would be incurred should the matter proceed to trial. Parties with full and complete settlement authority must attend the conference personally. The term "full and complete settlement authority" includes the authority to negotiate and agree to a binding settlement agreement at any level up to the settlement demand of Plaintiff or any level as low as the offer provided by Defendant. Parties attending the conference should be sure to review and consider the settlement letters exchanged between the parties in advance of the conference. The Court generally will follow a mediation format; that is, each side will have an opportunity to make a presentation, followed by joint discussion with the Court and private meetings by the Court with each side individually. The Court expects both the lawyers and the party representatives to be fully prepared to participate in the discussions and meetings. All statements made during the settlement conference will remain confidential and will not be admissible at trial. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.